| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | JILL OSTBY (aka Jill A Marcotte) |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern _____ District of Illinois _____ (State) |
| Case number | 13-13648 |

## Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1:  Mortgage Information

**Name of creditor:** New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing

**Last 4 digits** of any number you use to identify the debtor's account: 0664

**Court claim no:** (if known) 2

**Property address:** 24730 ROSEWOOD LN
Number        Street

MANHATTAN          IL    60442
City                    State      ZIP Code

## Part 2:  Prepetition Default Payments

*Check one:*

[✓] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3:  Postpetition Mortgage Payment

*Check one:*

[ ] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
MM / DD / YYYY

[✓] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:    (a)  $ 2233.97

b.  Total fees, charges, expenses, escrow, and costs outstanding:    + (b)  $ _____

c.  **Total**. Add lines a and b.    (c)  $ 2233.97

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    5 / 1 / 2018
MM / DD / YYYY

| Debtor 1 | JILL OSTBY (aka Jill A Marcotte) | | Case number *(if known)* | 13-13648 |

First Name        Middle Name        Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

[ ] I am the creditor.
[✓] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Anita Robertson

Signature

Date  6 / 20 / 18

Print  Anita    Robertson

First Name    Middle Name    Last Name

Title  Bankruptcy Case Manage

Company  Shellpoint Mortgage Servicing

If different from the notice address listed on the proof of claim to which this response applies:

Address  PO Box 10826

Number    Street

Greenville, SC 29603-0826

City    State    ZIP Code

Contact phone  ( 800 ) 365 - 7107

Email  mtgbk@shellpointmtg.com

| Post-Petition Due date | Date Received | Amount Received | Amount Due | Suspense Application | Suspense Balance |
|---|---|---|---|---|---|
| 5/1/2013 | 5/15/2013 | $1,623.50 | $1,623.50 | $ - | $ - |
| 6/1/2013 | 6/11/2013 | $1,623.50 | $1,623.50 | $ - | $ - |
| 7/1/2013 | 6/26-7/8/2013 | $1,623.50 | $1,623.50 | $ - | $ - |
| 8/1/2013 | 7/26-8/7/2013 | $1,613.24 | $1,623.50 | (10.26) | $ (10.26) |
| 9/1/2013 | 9/6-9/17/2013 | $1,613.24 | $1,623.50 | (10.26) | $ (20.52) |
| 10/1/2013 | 10/8-10/15/2013 | $1,613.24 | $1,613.24 | $ - | $ (20.52) |
| 11/1/2013 | 11/1-11/12/2013 | $1,613.24 | $1,613.24 | $ - | $ (20.52) |
| 12/1/2013 | 12/9-12/16/2013 | $1,613.24 | $1,613.24 | $ - | $ (20.52) |
| 1/1/2014 | 12/27/13-1/15/14 | $1,613.24 | $1,613.24 | $ - | $ (20.52) |
| 2/1/2014 | 2/10-2/18/2014 | $1,613.24 | $1,613.24 | $ - | $ (20.52) |
| 3/1/2014 | 3/6-3/17/2014 | $1,613.24 | $1,613.24 | $ - | $ (20.52) |
| 4/1/2014 | 3/31-4/16/2014 | $1,613.24 | $1,613.24 | $ - | $ (20.52) |
| 5/1/2014 | 4/29-5/16/2014 | $1,613.24 | $1,613.24 | $ - | $ (20.52) |
| 6/1/2014 | 5/27-6/12/2014 | $1,613.24 | $1,613.24 | $ - | $ (20.52) |
| 7/1/2014 | 7/7-7/10/2014 | $1,613.24 | $1,613.24 | $ - | $ (20.52) |
| 8/1/2014 | 8/8-8/19/2014 | $1,623.38 | $1,623.38 | $ - | $ (20.52) |
| 9/1/2014 | 9/3-9/17/2014 | $1,623.38 | $1,623.38 | $ - | $ (20.52) |
| 10/1/2014 | 10/7-10/17/2014 | $1,623.38 | $1,623.38 | $ - | $ (20.52) |
| 11/1/2014 | 11/10/2014 | $1,623.38 | $1,623.38 | $ - | $ (20.52) |
| 12/1/2014 | 11/28/2014 | $811.69 | $1,623.38 | (811.69) | $ (832.21) |
|  | 12/31/2014 | $811.69 |  | 811.69 | $ (20.52) |
| 1/1/2015 | 1/16/2015 | $1,623.38 | $1,623.38 | $ - | $ (20.52) |
| 2/1/2015 | 2/12/2015 | $1,623.38 | $1,623.38 | $ - | $ (20.52) |
| 3/1/2015 | 3/16/2015 | $1,623.38 | $1,623.38 | $ - | $ (20.52) |
| 4/1/2015 | 4/1-4/15/2015 | $1,623.38 | $1,623.38 | $ - | $ (20.52) |
| 5/1/2015 | 5/5-5/12/2015 | $1,623.88 | $1,623.38 | 0.50 | $ (20.02) |
| 6/1/2015 | 5/26-6/11/2015 | $1,623.38 | $1,623.38 | $ - | $ (20.02) |
| 7/1/2015 | 7/6/2015 | $1,623.38 | $1,623.38 | $ - | $ (20.02) |
| 8/1/2015 | 8/1-8/15/2015 | $1,623.38 | $1,623.38 | $ - | $ (20.02) |
| 9/1/2015 | 9/14/2015 | $1,623.38 | $1,623.38 | $ - | $ (20.02) |
| 10/1/2015 | 10/19-10/23/2015 | $1,623.38 | $1,623.38 | $ - | $ (20.02) |
| 11/1/2015 | 11/7-11/23/2015 | $1,623.38 | $1,623.38 | $ - | $ (20.02) |
| 12/1/2015 | 12/28/2015 | $800.00 | $1,623.38 | (823.38) | $ (843.40) |
| 1/1/2016 | 1/5-1/22/2016 | $1,670.66 | $1,646.83 | 23.83 | $ (819.57) |
| 2/1/2016 | 2/1-2/18/2016 | $1,623.42 | $1,646.83 | (23.41) | $ (842.98) |
| 3/1/2016 | 2/25-3/8/2016 | $1,646.82 | $1,646.83 | (0.01) | $ (842.99) |
| 4/1/2016 | 3/24-4/11/2016 | $1,646.84 | $1,646.83 | 0.01 | $ (842.98) |
| 5/1/2016 | 4/26-5/18/2016 | $1,653.42 | $1,646.83 | 6.59 | $ (836.39) |
| 6/1/2016 | 5/24-6/4/2016 | $1,646.84 | $1,646.83 | 0.01 | $ (836.38) |
| 7/1/2016 | 6/20-7/2/2016 | $1,646.84 | $1,646.83 | 0.01 | $ (836.37) |
| 8/1/2016 | 7/19-8/15/2016 | $1,646.84 | $1,646.83 | 0.01 | $ (836.36) |
| 9/1/2016 | 8/31-9/26/2016 | $1,646.84 | $1,646.83 | 0.01 | $ (836.35) |
| 10/1/2016 | 10/19-11/7/2016 | $1,646.84 | $1,646.83 | 0.01 | $ (836.34) |
| 11/1/2016 | 12/5/2016 | $832.42 | $1,646.83 | (814.41) | $ (1,650.75) |
| 12/1/2016 | 12/19-12/31/2016 | $1,646.84 | $1,646.83 | 0.01 | $ (1,650.74) |
| 1/1/2017 | 1/21/2017 | $1,704.90 | $1,704.90 | $ - | $ (1,650.74) |
| 2/1/2017 | 2/13/2017 | $852.45 | $1,704.90 | (852.45) | $ (2,503.19) |
| 3/1/2017 | 3/7-3/27/2017 | $1,702.45 | $1,704.90 | (2.45) | $ (2,505.64) |
| 4/1/2017 | 4/24/2017 | $852.45 | $1,704.90 | (852.45) | $ (3,358.09) |
| 5/1/2017 | 5/4-5/22/17 | $1,704.90 | $1,704.90 | $ - | $ (3,358.09) |
| 6/1/2017 | 6/2-6/26/2017 | $2,000.00 | $1,704.90 | 295.10 | $ (3,062.99) |
| 7/1/2017 | 7/27/2017 | $4,000.00 | $1,704.90 | 2,295.10 | $ (767.89) |
| 8/1/2017 | 8/16/2017 | $600.00 | $1,704.90 | (1,104.90) | $ (1,872.79) |
| 9/1/2017 | 9/8/2017 | $2,000.00 | $1,704.90 | 295.10 | $ (1,577.69) |
| 10/1/2017 | 10/7/2017 | $1,704.90 | $1,704.90 | $ - | $ (1,577.69) |
| 11/1/2017 | 11/5/2017 | $1,704.90 | $1,704.90 | $ - | $ (1,577.69) |
| 12/1/2017 | 12/6-12/29/2017 | $2,704.90 | $1,704.90 | 1,000.00 | $ (577.69) |
| 1/1/2018 | | $1,704.90 | $1,704.90 | $ - | $ (577.69) |
| 2/1/2018 | 2/15/2018 | $3,385.49 | $1,680.59 | 1,704.90 | $ 1,127.21 |
| 3/1/2018 | 3/22/2018 | $1,680.59 | $1,680.59 | $ - | $ 1,127.21 |
| 4/1/2018 | | | $1,680.59 | (1,680.59) | $ (553.38) |
| 5/1/2018 | 5/4/2018 | $1,680.59 | $1,680.59 | $ - | $ (553.38) |
| 6/1/2018 | | | $1,680.59 | (1,680.59) | $ (2,233.97) |
| | | | | $ - | $ (2,233.97) |
| | | | | $ - | $ (2,233.97) |
| | | | | $ - | $ (2,233.97) |
| | | | | $ - | $ (2,233.97) |
| | | | | $ - | $ (2,233.97) |
| | | | | $ - | $ (2,233.97) |
| | | | | $ - | $ (2,233.97) |
| 62 | 23 | $ 99,942.00 | $ 102,175.97 | $ (2,233.97) | |

| Loan Number | | x0664 |
|---|---|---|
| Debtor | | Marcotte |
| BK filed date | | 4/2/2013 |
| BK Case # | | 13-13648 |
| Loan Acquired | | 6/16/2017 |
| Post Next Due | | 5/1/2018 |
| Suspense | | 1,127.21 |

| Due Date | Due Amount | # Months | Total Due |
|---|---|---|---|
| 5/1/2018-6/1/2018 | $1,680.59 | 2 | $ 3,361.18 |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | Subtotal | | $ 3,361.18 |
| | Less Unapplied | | $ 1,127.21 |
| | Total to bring current | | $ 2,233.97 |

$ 3,361.18
$ (2,233.97)
$ 1,127.21  unapplied

**Payment Address:**
Shellpoint Mortgage Servicing
PO Box 740039
Cincinnati, OH 45274-0039

**Overnight Payment Address:**
Shellpoint Mortgage Servicing
Attn Payment Processing
55 Beattie Place Ste 110
Greenville, SC 29601

Shellpoint Mortgage Servicing
PO Box 10826

Greenville, SC  29603-0826

Phone Number:        (800) 365-7107
Fax:                          (866) 467-1137

Email:   mtgbk@shellpointmtg.com

---

RE: Debtor 1    Jill A Marcotte
       Debtor 2

Case No:    1313648

PROOF OF SERVICE

I certify that a copy of the foregoing documents were served upon the following persons electronically or by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses on this day, 6/20/2018.

Northern District of Illinois, Chicago Division
219 South Dearborn Street
Chicago, IL  60604


Glenn B Stearns
801 Warrenville Road
Suite 650
Lisle, IL  60532-4350


Timothy E Bell
Law Office of Sara J Gray
1106 W Jefferson St
Joliet, IL  60435


Jill A Marcotte

24730 Rosewood Ln
Manhattan IL  60442


/s/ Anita Robertson